IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                        Plaintiff,    )<br>                                                  )<br>v.                                                )<br>                                                  )<br>TAMMY T. FRANKLIN,                )<br>                        Defendant.  ) | Case No. 09-40042-01-JAR |

## ORDER

**NOW** on this 16th day of September, 2009, comes on for hearing defendant Tammy T. Franklin's Motion to Join co-defendant's Motion to Suppress (Doc. 21). After reviewing the file and considering defendant's motion, the court hereby finds that her motion shall be granted.

**IT IS THEREFORE ORDERED** that defendant Tammy T. Franklin shall be allowed to join co-defendant Derrick Moore's Motion to Suppress.

Dated this 16th day of September, 2009, at Topeka, Kansas

**IT IS SO ORDERED.**

Dated:  September 16, 2009

                                    S/ Julie A. Robinson
                                    JULIE A. ROBINSON
                                    UNITED STATES DISTRICT JUDGE

1